UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
ANJELL BOWERS,

    Plaintiff,

-against-

AFRICAN AMERICAN PLANNING COMMISSION, INC. and MATTHEW OKEBIYI,

    Defendants.

---------------------------------X

Case No. 09 cv 4096 (NG) (SMG)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant African American Planning Commission, Inc. ("AAPC") certifies that it has no parent corporation and that no publicly traded company owns 10% or more of AAPC, which is a not-for-profit corporation.

Dated: New York, NY
       November 16, 2009

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ Robert S. Whitman
      Robert S. Whitman

620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendants

NY1 26597905.1