## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, a true and correct copy of the foregoing Answer And Affirmative And Other Defenses was served by first-class mail, postage prepaid, on counsel for Plaintiff at the following addresses:

> Jared Lefkowitz, Esq.
> LAW OFFICES OF JARED M. LEFKOWITZ
> 48 Wall Street, 11th Floor
> New York, NY  10005

SEYFARTH SHAW LLP

By:   s/ Robert S. Whitman
        Robert S. Whitman
        rwhitman@seyfarth.com

620 Eighth Avenue, 32nd Floor
New York, New York  10018-1405
Tel.: (212) 218-5500
Fax: (917) 344-1258

*Attorneys for Defendants*

NY1 26602965.1