UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ANJELL BOWERS,

   Plaintiff,

 v.

AFRICAN AMERICAN PLANNING
COMMISSION, INC. and MATTHEW OKEBIYI,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Case

No. 09 CV 4096 (NG) (SMG)

**SCHEDULING ORDER**

 For good cause shown, the schedule adopted by the Court at the Initial Conference Hearing held on January 5, 2010 is hereby amended as follows:

1. Fact discovery shall be completed by May 28, 2010.

2. The conference previously scheduled for May 13, 2010 at 10:00 am shall be rescheduled for June __, 2010 at ____ am/pm.

All other provisions of the January 5, 2010 order shall remain in place.


SO ORDERED:


_____
Steven M. Gold
Chief United States Magistrate Judge


Date: _____, 2010

12281711v.1