FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 15 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANJELL BOWERS,

    Plaintiff,

v.

AFRICAN AMERICAN PLANNING
COMMISSION, INC. and MATTHEW OKEBIYI,

    Defendants.
----------------------------------------X

ECF Case

No. 09 CV 4096 (NG) (SMG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the undersigned attorneys of record, that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, subject to Plaintiff's right to reinstitute the action solely pursuant to the terms of paragraph 1(c) of the parties' Confidential Settlement and Waiver/Release Agreement.

**SO STIPULATED:**

| JARED M. LEFKOWITZ, ESQ. | SEYFARTH SHAW LLP |
|---|---|
| By: _____ <br> Jared M. Lefkowitz | By: _____ <br> Robert S. Whitman |
| 250 Park Avenue, Suite 2020 <br> New York, NY 10177 <br> (212) 682-1440 | 620 Eighth Avenue <br> New York, New York 10018 <br> (212) 218-5500 |
| Attorneys for Plaintiff | Attorneys for Defendants |

So Ordered
/s/ USDJ 7-8-10

12409222v.1